WALNUT STREET ASSOCIATES, INC., Petitioner

v.

BROKERAGE CONCEPTS, INC. and Kimberly Macrone, Respondents.

Supreme Court of Pennsylvania.

March 12, 2010.

### ORDER

PER CURIAM.

**AND NOW,** this 12th day of March 2010, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

> Did the Superior Court err in adopting and applying Restatement (Second) of Torts § 772(a), and holding that truthful statements could not form the basis of a claim for tortious interference with contractual relations?

Justice ORIE MELVIN did not participate in the consideration or decision of this matter.